## 18994. McCULLOUGH, executor, *v.* McCULLOUGH.

HAWKINS, Justice. This case arose in the court of ordinary on an application for year's support, to which a caveat was filed. An appeal to the superior court was entered by consent. After the direction of a verdict in that court for the applicant, the caveator moved for a new trial, and to the denial of his motion he excepts. *Held:*

The record does not present a case falling within the jurisdiction of the Supreme Court. *Griffin* v. *Securities Investment Co.,* 181 *Ga.* 455 (182 S. E. 594); *Harnesberger* v. *Davis,* 208 *Ga.* 629 (68 S. E. 2d 585).

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED JUNE 13, 1955—DECIDED JUNE 14, 1955.

*John Camp Davis,* for plaintiff in error.

*Parker Clary, Kent & Grubbs, Maddox & Maddox,* contra.